UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| NORMAN TOLER, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 2:05CV82 JCH |
| ) | |
| TIM LEOPOLD, et al., ) | |
| ) | |
| Defendant(s). ) | |

## **JUDGMENT**

Pursuant to the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Judgment is entered in favor of Plaintiff and against Defendants.

Dated this 3rd day of April, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE