UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| NORMAN LEE TOLER, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 2:05CV82 JCH |
| ) | |
| TIM LEOPOLD, et al., ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

This matter is before the Court on Plaintiff's Request for Order to Show Cause and Sanctions for Defendants' Violation of Settlement Agreement, filed June 12, 2009. (Doc. No. 159). Upon consideration of the parties' submissions,

**IT IS HEREBY ORDERED** that Defendants are not to serve Plaintiff dairy graham crackers on the same day they serve meat or turkey.

**IT IS FURTHER ORDERED** that, in light of Defendants' representations in their response to Plaintiff's motion, the remainder of Plaintiff's Request for Order to Show Cause and Sanctions for Defendants' Violation of Settlement Agreement (Doc. No. 159) is **DENIED** without prejudice.

Dated this 29th day of June, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE